975 F.2d 1206
 UNITED STATES of America, Plaintiff-Appellee,
v.
Jerome A. SUSSKIND (91-1003), James J. Rumler (91-1004),
Scott Nickerson (91-1005), Defendants-Appellants.
 Nos. 91-1003 to 91-1005.
 United States Court of Appeals,
Sixth Circuit.
 Sept. 4, 1992.
 
 Before: MERRITT, Chief Judge; KEITH, KENEDY, MARTIN, JONES, MILBURN, GUY, NELSON, RYAN, BOGGS, NORRIS, SURHREINRICH, SILER, and BATCHELDER, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of these cases en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and these cases are restored to the docket as pending appeals.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule the cases for oral argument as soon as practicable.